UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR | CIVIL ACTION |
| VERSUS | 19-374-SDD-EWD |
| BARRERE, ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*[1] and *Amended Complaint*[2], the record, the law applicable to this action, and the *Report and Recommendations*[3] of United States Magistrate Judge Erin Wilder-Doomes, dated June 28, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's federal claims are DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims and this case is hereby CLOSED.

Signed in Baton Rouge, Louisiana on July 28, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Doc. 7.